# Affordable Enterprises of Westchester, Inc.
## Profit & Loss
### January 1 through February 23, 2010

|  | Jan 1 - Feb 23, 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Container | 205,101.66 |
| Enviromental Fee | 804.03 |
| scrap medal | 6,738.84 |
| **Total Income** | 212,644.53 |
| **Expense** | |
| advance paycheck | -9,227.69 |
| Advertising | 1,966.91 |
| bank Fees | 7,310.76 |
| Bids | 0.00 |
| chevy sub. lease | 742.98 |
| computer internet service | 178.27 |
| Container Rental | |
|    Lease payment containers | 1,870.52 |
| **Total Container Rental** | 1,870.52 |
| Credit | -24.26 |
| credit card DMP | 1,475.00 |
| credit card processing fees | 2,574.30 |
| Disposal Fees | 86,953.76 |
| Employee Testing | 80.00 |
| health Club | 58.00 |
| Income execution payment | 420.00 |
| Insurance | |
|    Disability Insurance | 392.82 |
|    Health Insurance | 870.51 |
|    Liability Insurance | 5,253.40 |
|    Work Comp | 500.00 |
|    Insurance - Other | 886.00 |
| **Total Insurance** | 7,902.73 |
| insurance pickup/jeep | 298.25 |
| late fees | 12.00 |
| Licenses and Permits | 5,960.00 |
| loan from Greg Caruso | -15,000.00 |
| Materials | 17,582.40 |
| Office Supplies | |
|    office water cooler | 23.87 |
|    Office Supplies - Other | 1,965.15 |
| **Total Office Supplies** | 1,989.02 |
| payback | 15,000.00 |
| Payroll Expenses | |
|    Futa | 165.67 |
|    Medicare | 300.27 |
|    NY Reemploymt Serv. Fund | 15.54 |
|    NYS Disability | 0.00 |
|    Soc. Security | 1,283.92 |
|    State Unemploymt Insur. | 1,242.50 |
|    Payroll Expenses - Other | 70.41 |
| **Total Payroll Expenses** | 3,078.31 |
| Professional Fees | |
|    Legal Fees | 26,201.27 |
|    Professional Fees - Other | 400.00 |
| **Total Professional Fees** | 26,601.27 |
| registration Renewal | 543.75 |
| rent office | 400.00 |
| rent truck parking | 5,400.00 |
| rental park container | 1,500.00 |

# Affordable Enterprises of Westchester, Inc.
## Profit & Loss
### January 1 through February 23, 2010

|  | Jan 1 - Feb 23, 10 |
|---|---:|
| **Repairs** | |
| Computer Repairs | 235.00 |
| Repairs - Other | -24.00 |
| **Total Repairs** | 211.00 |
| **Salary Expense** | |
| Hourly Employees | 20,708.40 |
| **Total Salary Expense** | 20,708.40 |
| **Shop Supplies** | |
| Shop Supplies Welding | 176.78 |
| Shop Supplies - Other | 7,546.41 |
| **Total Shop Supplies** | 7,723.19 |
| supplies | 1,977.83 |
| **Taxes** | |
| State | 1,015.86 |
| Taxes - Other | 156.81 |
| **Total Taxes** | 1,172.67 |
| **Telephone** | |
| Nextel | 645.56 |
| Office | 1,332.63 |
| Shop | 1,189.18 |
| Telephone - Other | 337.45 |
| **Total Telephone** | 3,504.82 |
| Tolls | 2,430.00 |
| **Truck Expense** | |
| 06UD Payment | 908.97 |
| Chevy pickup lease | 719.76 |
| Fuel | |
| Diesel | 49.73 |
| **Total Fuel** | 49.73 |
| HUT | 38.18 |
| Parts | 3,490.40 |
| Repairs | 185.50 |
| Tires | 1,215.14 |
| **Total Truck Expense** | 6,607.68 |
| Truck payment 014 & 015 peterbi | 2,331.33 |
| truck payment 02 Western | 1,000.00 |
| trucking fees | 8,079.98 |
| Trucks GPS | 444.56 |
| Utilities | 397.87 |
| Water Bill | 205.91 |
| **Total Expense** | 222,441.62 |
| **Net Ordinary Income** | -9,797.09 |
| **Other Income/Expense** | |
| **Other Expense** | |
| transfered to Sanitation | 10.00 |
| **Total Other Expense** | 10.00 |
| **Net Other Income** | -10.00 |
| **Net Income** | -9,807.09 |